# United States Court of Appeals
## For the First Circuit

No. 11-1988

OUSMAN CHAM,

Plaintiff, Appellant,

v.

STATION OPERATORS, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on July 16, 2012, is amended as follows:

On page 6, line 17, "of" in the phrase "claim of on" is struck from the opinion.